OPINION — AG — ** STATE EMPLOYEES GROUP HEALTH, DENTAL AND LIFE INSURANCE BOARD — CONTRACT — STATE *** THE STATE BOARD OF EDUCATION, THE STATE REGENTS OF HIGHER EDUCATION, THE STATE BOARD OF VOCATIONAL AND TECHNICAL EDUCATION AND THE BOARD OF TRUSTEES OF THE TEACHERS RETIREMENT SYSTEM DO POSSESS LEGAL AUTHORITY, UNDER 74 O.S. 581 [74-581] AND 74 O.S. 1008 [74-1008] AND THE EXPRESS OR IMPLIED POWER GRANTED TO THOSE AGENCIES, TO ENTER INTO A CONTRACTUAL AGREEMENT WITH THE STATE EMPLOYEES GROUP HEALTH, DENTAL AND LIFE INSURANCE BOARD TO FUND A FEASIBILITY STUDY FOR ESTABLISHING A GROUP HEALTH, DENTAL AND LIFE INSURANCE PLAN FOR PUBLIC EDUCATION EMPLOYEES. (TEACHERS, INTERLOCAL COOPERATION AGREEMENT ACT, ACTUARIAL STUDIES, RESEARCH PROJECTS, PUBLIC CONTRACTS, AGREEMENTS, ANNUITANTS) CITE: 70 O.S. 14-103 [70-14-103], 70 O.S. 14-103 [70-14-103](2), 70 O.S. 14-103 [70-14-103](6), 70 O.S. 14-103 [70-14-103](7), 70 O.S. 17-102 [70-17-102], 70 O.S. 3206 [70-3206], 70 O.S. 3206 [70-3206](1) 70 O.S. 3206 [70-3206](M), 70 O.S. 3-104 [70-3-104], 70 O.S. 3-104 [70-3-104](7), 70 O.S. 3-104 [70-3-104](23), 70 O.S. 3-104 [70-3-104](27), 70 O.S. 3-105 [70-3-105](11), 70 O.S. 3-105 [70-3-105](12), 70 O.S. 17-106 [70-17-106](1), 70 O.S. 17-106 [70-17-106](7), 74 O.S. 581 [74-581], 74 O.S. 1008 [74-1008] 74 O.S. 1301 [74-1301], ARTICLE XIIIA (MICHAEL SCOTT FERN)